# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellee/Plaintiff,<br><br>vs.<br><br>MATTHEW LANE DURHAM,<br><br>    Appellant/Defendant, | Case No. 16-6075 |

## NON-PARTY MOTION TO STRIKE OR SEAL
## APPELLANT'S MOTION TO STAY

Pursuant to Rule 27.4, the undersigned respectfully moves to strike, or in the alternative to seal, the Appellant Matthew Lane Durham's January 2, 2017, filing and attachments as they contain an unlawful disclosure of unverified information from the personnel file of the undersigned that is not public record, not subject to FOIA, and has not be waived in any manner. Both the motion and its attachment should be stricken as untimely, improper, and meant to libel the undersigned in that Appellant's counsel as it appears he provided a pre-filed copy of his motion and its attachment to the newspaper *The Oklahoman*.

The undersigned was alerted to the proposed filing and attachments from phone call with *The Oklahoman* prior to Appellant's filing at 5:34 p.m. yesterday. The

allegations in the motion as based on a unverified letter as its attachment is simply unlawful contraband. Due to the suspicious claim that the Appellant received it from an unknown source gives the filing no validity or lawfulness. The attachment and how it is referenced in the Appellant's filings should be stricken, or in the alternative sealed, as it has been improperly disclosed out of a governmental personnel file. The undersigned has notified the United States Attorney of the unauthorized disclosure and has requested an internal investigation by the Department of Justice's Office of Inspector General.

Respectfully submitted,

_____
ROBERT DONALD GIFFORD, II,
NON-PARTY ATTORNEY, OBA #17034
101 Park Avenue, Suite 1400
Oklahoma City, OK 73102
T: (405)272-4710
F: (405)272-5141
Gifford@GungollJackson.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2018, a true and correct copy of the foregoing **Motion to Strike or Seal** was sent to counsel for all parties in the manner indicated (check box):

☒ by U.S. mail;

☐ by third-party commercial carrier for delivery within 3 calendar days;

☐ by personal delivery, including delivery to a responsible person at the office of counsel;

☐ by digital submission via the 10th Circuit Court's ECF program.

s/ ROBERT DON GIFFORD
ROBERT DON GIFFORD
OBA #17034
101 Park Avenue, Suite 1400
Oklahoma City, OK 73102
(405)272-4710
Gifford@GungollJackson.com