FILED
United States Court of Appeals
Tenth Circuit

January 3, 2018

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────────

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

MATTHEW LANE DURHAM,

    Defendant - Appellant.

No. 16-6075

───────────────────────────────

**ORDER**

───────────────────────────────

Before **HARTZ**, **MATHESON**, and **MORITZ**, Circuit Judges.

───────────────────────────────

This matter is before the court on the *Non-Party Motion to Strike or Seal Appellant's Motion for Stay* filed in this matter today. Upon consideration, the request to seal is granted, and the Clerk is directed to seal the appellant's motion for stay.

                         Entered for the Court

                         ELISABETH A. SHUMAKER, Clerk